UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BROADCAST MUSIC, INC.; et al., | ) | CASE NO. 1:09-CV-02464 |
| | ) | |
| Plaintiffs, | ) | JUDGE DAN AARON POLSTER |
| | ) | MAG. JUDGE HARGH |
| v. | ) | |
| | ) | |
| S.A. CULTRONA, INC. d/b/a | ) | ORDER OF JUDGMENT |
| LOOSE MOOSE CAFÉ and | ) | |
| SAMUEL A. CULTRONA, individually, | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court on Plaintiffs' Motion for Default Judgment. Having considered the pleadings, affidavits and memorandum, it is ORDERED AND ADJUDGED AND DECREED:

I.

Plaintiffs' Motion for Default Judgment against Defendants S.A. Cultrona, Inc. d/b/a Loose Moose Café and Samuel A. Cultrona is granted, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of nine (9) musical compositions owned and/or licensed by Plaintiffs.

II.

Plaintiffs shall recover from Defendants S.A. Cultrona, Inc. d/b/a Loose Moose Café and Samuel A. Cultrona, jointly and severally, statutory damages in the amount of $2,500 for each of the nine (9) musical compositions, for a total of $22,500, pursuant to 17 U.S.C. Section 504(c)(1).

III.

Plaintiffs shall recover from Defendants S.A. Cultrona, Inc. d/b/a Loose Moose Café and Samuel A. Cultrona, jointly and severally, full costs in this action, including reasonable attorney's fees in the amount of $2920.50, pursuant to 17 U.S.C. Section 505.

IV.

Plaintiffs shall recover from Defendants S.A. Cultrona, Inc. d/b/a Loose Moose Café and Samuel A. Cultrona, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

V.

Defendants S.A. Cultrona, Inc. d/b/a Loose Moose Café and Samuel A. Cultrona and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

VI.

This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

DATED:   January 27  , 2010

                /s/Dan Aaron Polster
              UNITED STATES DISTRICT JUDGE

1812045v1
11986.00069